# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

FRANK ELIJAH DENEGAL,

    Petitioner,

v.

CIVIL ACTION NO.: CV209-006

WAYNE COUNTY SHERIFF'S DEPARTMENT,

    Respondent.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Respondent's Motion to Dismiss is **GRANTED**. Petitioner's habeas corpus action, filed pursuant to 28 U.S.C. § 2254, is **dismissed**, without prejudice, due to Petitioner's failure to exhaust his state remedies. Petitioner's civil rights claims are **dismissed**, without prejudice. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 3 day of November, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)